UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Theodore Green, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:18cv2025 UNA |
|  | ) |  |
| Oakley Transport, Inc., et al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

The above styled and numbered case was filed on December 4, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18cv00286.

**IT IS FURTHER ORDERED** that cause number 4:18cv2025 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 4, 2018           By: /s/Michele Crayton
                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00286 SNLJ.**